JEFFREY A. LIPOW, Esq. (SBN 82339)
LIPOW & HARRIS
9952 Santa Monica Blvd., 1st Floor
Beverly Hills, CA 90212
(310)282-0507 Telephone
(310)286-1171 Facsimile

Attorneys for Plaintiff,
G.L., a minor

FILED
CLERK, U.S. DISTRICT COURT
DEC 12 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| G_____ L_____, a minor, by JORGE LUEVANO, his Guardian Ad Litem,<br><br>              Plaintiff,<br><br>         v.<br><br>BRUCE CAMERON COLES; HERTZ CORPORATION, a corporation; DOES 1 through 50, inclusive,<br><br>              Defendants. | Case No. CV 05-3917 DT (PJWx)<br><br>**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**<br><br>Honorable Dickran Tevrizian |
| G_____ L_____, a minor, by JORGE LUEVANO, his Guardian Ad Litem,<br><br>              Plaintiff,<br><br>         v.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF THE NAVY; DOES 1 through 20, inclusive,<br><br>              Defendants. | CV 06-0689-DT (PJWx) |

///

ORDER - MINOR'S COMPROMISE.wpd                              1

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

1  Upon reviewing the Petition of JORGE LUEVANO, Guardian Ad Litem for
2  G___ ;L_____, Plaintiff herein, and good cause appearing therefor, the Court
3  finds and orders as follows:
4     1.   THE COURT FINDS that the compromise is fair and reasonable and in
5  the best interests of Plaintiff.
6     2.   THE COURT FINDS that Petitioner JORGE LUEVANO is the duly
7  appointed Guardian Ad Litem for Plaintiff, and is the father of Plaintiff.
8     3.   THE COURT FINDS that Petitioner JORGE LUEVANO is not a
9  claimant against the recovery of Plaintiff.
10    4.   THE COURT FINDS that all notices required by law have been duly
11 given.
12    5.   IT IS HEREBY ORDERED that the Petition is granted, and the proposed
13 Compromise of the claim of Plaintiff against Defendants United States of America
14 and Hertz Corporation for sum of Seventy Seven Thousand Five Hundred Dollars
15 ($77,500.00) is approved.
16    6.   IT IS HEREBY FURTHER ORDERED that the payer of the settlement
17 of proceeds shall disburse said monies as follows:
18      A.   To the law offices of Lipow & Harris for attorneys' fees and
19 reimbursement of litigation costs advanced, the sum of $25,046.75;
20      B.   To JORGE LUEVANO for the reasonable needs of Plaintiff in the
21 sum of $7,000.00;
22      C.   To New York Life Insurance Company the sum of $45,453.25 for
23 the purchase of an annuity on the terms set forth in the Petition.
24    7.   IT IS HEREBY FURTHER ORDERED that Petitioner is directed to
25 execute and deliver to Defendants a full, complete and final release and discharge of
26 ///
27 ///
28 ///

ORDER - MINOR'S COMPROMISE.wpd    2

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

1  all claims and demands of Plaintiff, and upon distribution of the settlement proceeds
2  to execute and file Request For Dismissal of this action with prejudice.
3
4  DATED: Dec 11, 2006
5
6                                    DICKRAN TEVRIZIAN
                                     UNITED STATES DISTRICT COURT JUDGE

ORDER - MINOR'S COMPROMISE.wpd                    3

ORDER APPROVING COMPROMISE OF MINOR'S CLAIM

## PROOF OF SERVICE
### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, am employed in the aforesaid County, State of California; I am over the age of 18 years and not a party to the within action. My Business address is 9952 Santa Monica Blvd., 1st Floor, Beverly Hills, CA 90212.

On December 7, 2006, I served the foregoing documents described as **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Beverly Hills, California addressed as follows:

Daniel Lalafarian, Esq.
**LAW OFFICES OF MESSINA, LALAFARIAN, MENDEL & RYAN**
550 North Brand Boulevard, #1670
Glendale, CA 91203

Kevin B. Finn, Esq.
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, CA 90012

[X] (BY MAIL) I caused such envelope with postage thereon fully paid to be placed in the United States mail at Beverly Hills, California. I am readily familiar with the business's practice of processing correspondence for mailing and in the ordinary course of business such correspondence is deposited in postal service on the same day.

[ ] (BY PERSONAL SERVICE) I personally delivered the documents described above by hand to the offices of the above addressee.

[ ] (BY FACSIMILE) I personally transmitted via facsimile the foregoing document to the addressee(s) at the facsimile number(s) indicated therefor, as provided herein. A copy of the transmission report is on file for inspection during reasonable business hours.

[ ] (State) I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal) I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 7th day of December, 2006, at Beverly Hills, California.

TRAVIS CHESNEY

ORDER - MINOR'S COMPROMISE.wpd        4

**ORDER APPROVING COMPROMISE OF MINOR'S CLAIM**